**Order entered February 1, 2017**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-16-00997-CV

### HOWARD MINTZ, M.D., Appellant

### V.

### JULYE NESBITT CAREW, M.D., P.A. AND MICHELLE CHESNUT, M.D., P.A., Appellees

**On Appeal from the 14th Judicial District Court
Dallas County, Texas
Trial Court Cause No. DC-14-08087**

## ORDER

Before the Court is appellant's January 31, 2017 unopposed motion to extend time to file appellant's reply brief. Appellant's motion is **GRANTED**. Appellant's reply brief shall be filed by February 13, 2017.

/s/      CRAIG STODDART
JUSTICE